

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-21-00039-CR

**IN RE** Noel **PARKS**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus and motion for temporary relief are DENIED.

It is so **ORDERED** on February 10, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause Nos. CR-19-0000186 & CR-19-0000092, styled *State of Texas v. Noel Parks*, pending in the 198th Judicial District Court, Bandera County, Texas, the Honorable M. Rex Emerson presiding.